AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Milwaukee World Festival, Inc.<br>639 E. Summerfest Place<br>Milwaukee, WI 53202<br><br>*Plaintiff(s)*<br>v.<br>Minnesota Twins, LLC<br>d/b/a Minnesota Twins Baseball Club<br>250 Nicollet Mall, Suite 600<br>Minneapolis, MN 55401<br><br>*Defendant(s)* | Civil Action No. 23-CV-470 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Minnesota Twins, LLC
d/b/a Minnesota Twins Baseball Club
250 Nicollet Mall, Suite 600
Minneapolis, MN 55401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sherry D. Coley
Tiffany E. Woelfel
Elisabeth T. Bridge
Amundsen Davis, LLC
318 S. Washington Street, Suite 300
Green Bay, WI 54301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/13/23                                                              s/L. Kamke, Deputy Clerk
                                                                                              *Signature of Clerk or Deputy Clerk*